**UNITED STATES of America,**
**Plaintiff—Appellee**

v.

**Paula Lummus FORT, Defendant—**
**Appellant.**

**No. 05–10940**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 17, 2006.

David Lee Jarvis, Assistant U.S. Attorney, Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Northern District of Texas, Fort Worth, TX, for Defendant–Appellant.

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM: *

Paula Lummus Fort appeals from her conviction of conspiracy to obtain funds by

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be   published and is not precedent except under

fraud. Fort was involved in the criminal activities orchestrated by former Kennedale, Texas, Police Chief David Geeslin. *See United States v. Geeslin,* 447 F.3d 408 (5th Cir.2006).

Fort argues, contrary to our holding in *Geeslin,* that Officer Gary Cooper was not a victim of Geeslin's activities for purposes of calculating the amount of loss pursuant to U.S.S.G. § 2B1.1. Fort's argument is foreclosed by *Geeslin.*

Fort argues for the first time on appeal that Cooper was not a victim of her criminal conduct and that she was as much a victim of Geeslin's conduct as Cooper was. Fort's contentions implicate factual determinations that could have been made by the district court upon proper objection; Fort has not demonstrated plain error. *See United States v. Lopez,* 923 F.2d 47, 50 (5th Cir.1991).

AFFIRMED.

the limited circumstances set forth in 5TH CIR.